IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILFREDO ZAYAS  :  CIVIL ACTION
:
:
    v.  :
:
MARK A. KRYSEVIG, et al.  :  NO. 08-556

ORDER

AND NOW, this 26th day of June, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the respondents' Response (Docket No. 8), and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Docket No. 9), to which no objections were received, IT IS HEREBY ORDERED that:

    1.  The Report and Recommendation is APPROVED and ADOPTED.

    2.  The Petition for Writ of Habeas Corpus is DENIED.

    3.  There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.